

**SLG SANDERS LAW GROUP**

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

October 25, 2023

<u>*Via Email/Facsimile*</u>
Hon. Alvin K. Hellerstein
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: (212) 805-7942
HellersteinNYSDChambers@nysd.uscourts.gov

    Re:   *Bryan Carmody v. Hearst Communications, Inc.*
            Docket No: 1:23-cv-06476-AKH

Dear Judge Hellerstein:

    We represent Plaintiff Bryan Carmody ("Plaintiff") in this matter. We write to inform the Court that the parties have reached a settlement and are in the process of executing a final settlement agreement. We therefore respectfully request that the Court issue an order of discontinuance of the action without prejudice and without costs; but with leave to reopen the case within thirty (30) days from the date of the order if the parties have not submitted a dismissal by such time.

    Plaintiff also requests that the Court adjourn all dates, until such time as the final dismissal is entered or, if a dismissal is not filed, until Plaintiff notifies the Court that the action should be reopened. Defendant Hearst Communications, Inc. consents to the requested relief.

    Thank you for your consideration of this request.

                              Respectfully submitted,

                              /s *Renee J. Aragona*
                              Renee J. Aragona

cc: All counsel of record via e-mail

                    A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

                    Alvin K. Hellerstein, U.S.D.J.
                    Date: 10/25/23